# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, T.J. STINSON**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## WARREN D. BROWN
## AVIATION BOATSWAIN'S MATE AIRMAN APPRENTICE (E-2),
## U.S. NAVY

### NMCCA 201600086
### GENERAL COURT-MARTIAL

**Sentence Adjudged**: 18 November 2015.
**Military Judge**: CAPT Charles Purnell, JAGC, USN.
**Convening Authority**: Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation**: CDR A.R. House, JAGC, USN.
**For Appellant**: LT Jacqueline Leonard, JAGC, USN.
**For Appellee**: Brian Keller, Esq.

**26 May 2016**

---
### OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court